IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ALBERT L. ALLEN**                                                    **PLAINTIFF**

v.                     No. 3:12-cv-00030 KGB

**CITY OF POCAHONTAS, ARKANSAS,
POCAHONTAS HOUSING AUTHORITY,
BY ITS BOARD OF COMMISSIONERS:
MIKE DUNN, DALTON SULLIVAN, JOE PACE,
MIKE OAKLEY, VIRGINIA MANIS,
INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES,
AND ROBERT IGNICO, EXECUTIVE DIRECTOR,
INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY**        **DEFENDANTS**

### ORDER

Plaintiff Albert L. Allen has filed a motion to dismiss separate defendant City of Pocahontas, Arkansas ("City of Pocahontas"). Plaintiff's motion is granted (Dkt. No. 18). The City of Pocahontas's motion for judgment on the pleadings is denied as moot (Dkt. No. 16).

SO ORDERED this 23rd day of October, 2012.

_____
Kristine G. Baker
United States District Judge