IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ALBERT L. ALLEN**                                                                **PLAINTIFF**

v.                      No. 3:12-cv-00030 KGB

**POCAHONTAS HOUSING AUTHORITY,**
**BY ITS BOARD OF COMMISSIONERS:**
**MIKE DUNN, DALTON SULLIVAN, JOE PACE,**
**MIKE OAKLEY, VIRGINIA MANIS,**
**INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES,**
**AND ROBERT IGNICO, EXECUTIVE DIRECTOR,**
**INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY**          **DEFENDANTS**

## ORDER

The parties' joint motion for dismissal with prejudice is granted (Dkt. No. 42), and plaintiff's complaint is dismissed with prejudice as to all claims. All pending motions are denied as moot, and the Clerk is instructed to terminate this case. The parties may file a motion to reopen the case, should any issues arise regarding the terms of the parties' settlement agreement.

SO ORDERED this 7th day of August, 2013.

_____
Kristine G. Baker
United States District Judge